UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Crim. No. 05-165(JR) |
| | : | |
| **DARRYL M. WOODFORK,** | : | |
| **Defendant** | : | |

### NOTICE OF APPEARANCE

TO the clerk of this court and all parties of record:

You are hereby notified that I appear for the defendant indicated above in the entitled action pursuant to appointment under the Criminal Justice Act.

Respectfully submitted,

_____
Mitchell M. Seltzer
Bar #261933
Counsel for Darryl M. Woodfork
601 Indiana Ave., N.W. #500
Washington, D.C. 20004
(202) 347-2333

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE has been served electronically and by facsimile transmission upon A.U.S.A. Michael D. Brittin, 555 4th Street, NW, Washington, DC 20530 record, this __27th__ day of May, 2005.

_____

Case 1:05-cr-00265-JR     Document 2     Filed 05/27/2005     Page 2 of 2