**U.S. Department of Justice**
*United States Attorneys*

# United States District Court
# for the District of Columbia

**UNITED STATES OF AMERICA**

v.

*Robert Tierney*

**ORDER**

Case No. 05-0300 M-01

Upon oral motion of the ___Defendant___ to exclude ___30___ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that ___30___ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

___Robert Tierney___
Defendant

___R. W. Mann___
Defense Counsel

___Barry Wiegand___
Attorney for Government

executed 6/01/05

proposed CSH
6/29/05 0930

___[signature]___
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)