*Original*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES

V.                                            Case No. 05-300M(AK)

RICHARD ALONZA TINNEY

APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of the undersigned as counsel for the defendant.

*[signature]*
Robert W. Mance #285379
1150 Connecticut Avenue N.W.
Ninth Floor
Washington, D.C. 20036
202-223-1254

Certificate of Service

I hereby certify that on July 5, 2004 a copy of the foregoing was mailed, postage pre-paid to Assistant United States Attorney, William O'Malley, Jr. at 555 Fourth Street N.W. Washington D.C. 20001.

*[signature]*
Robert W. Mance

RECEIVED
JUL 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT