UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

GRAND JURY SWORN IN ON SEPTEMBER 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 05-0300M-01 (CR) |
| | : | |
| ROBERT ALONZO TINNEY, | : | VIOLATIONS: |
| also known as Mickey, | : | |
| Defendant. | : | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |
| | : | (Unlawful Distribution of Heroin); |
| | : | 21 U.S.C.§§ 841(a)(1) and 841(b)(1)(B)(i) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute More Than 100 Grams of |
| | : | Heroin); |
| | : | 21 U.S.C.§§ 841(a)(1) and 841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute More Than 50 Grams of Cocaine |
| | : | Base); |
| | : | 21 U.S.C.§§ 841(a)(1) and 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine) |

**I N D I C T M E N T**

The Grand Jury charges that:

<u>**COUNT ONE**</u>

On or about February 4, 2005, within the District of Columbia, **Robert Alonzo Tinney,** also known as Mickey, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin,** in violation
of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about March 3, 2005, within the District of Columbia, **Robert Alonzo Tinney,** also known as Mickey, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin,** in violation
of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about May 19, 2005, within the District of Columbia, **Robert Alonzo Tinney,** also known as Mickey, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin,** in violation
of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about May 19, 2005, within the District of Columbia, **Robert Alonzo Tinney,** also known as Mickey, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance and the amount of said mixture and substance was in excess of 100 grams, that is, 106.3 grams of heroin.

(**Unlawful Possession with Intent to Distribute More than 100Grams of Heroin,**
in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i))

## COUNT FIVE

On or about May 19, 2005, within the District of Columbia, **Robert Alonzo Tinney,** also known as Mickey, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the amount of said mixture and substance was in excess of 50 grams, that is, 74.13grams of cocaine base, also known as crack.

(**Unlawful Possession with Intent to Distribute More than 50 Grams of Cocaine Base,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT SIX

On or about May 19, 2005, within the District of Columbia, **Robert Alonzo Tinney,** also known as Mickey, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:

FOREPERSON.

Attorney for the United States in
and for the District of Columbia