UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES

V.  Case No. 05-490(JR)

ROBERT ALONZA TINNEY

ORDER

Upon Consideration of the unopposed motion to continue the September 29, 2005 status date and the reasons stated therein, it appears that the motion should be and is hereby granted and

IT IS HEREBY ORDERED the status will be continued to October    , 2005

_____
JUDGE