UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES

V.                                    Case No. 05-265(JR)

ROBERT ALONZA TINNEY

<u>UNOPPOSED MOTION TO CONTINUE STATUS HEARING</u>

Robert Tinney, by and through undersigned counsel, moves for a one week continuance of the September 29, 2005 status hearing and in support of the motion states the following;

The government had submitted to counsel a written plea agreement. The original did not reach counsel and a copy was hand-delivered to counsel on September 23, 2005. Counsel discussed certain modifications with Assistant United States Attorney, William O'Malley on September 27, 2004. An additional week will give counsel sufficient time to make modifications to the agreement and discuss them with Mr. Tinney.

Counsel has discussed this request with Mr. O'Malley and he does not oppose the request for a continuance.

For the foregoing reasons, it is requested that the motion be granted.

Respectfully submitted,

_____
Robert W. Mance #285379
1150 Connecticut Avenue N.W.
Ninth Floor
Washington, D.C. 20036
202-223-1254

Certificate of Service

I hereby certify that on September 28, 2005 a copy of the foregoing was mailed, postage pre-paid, to Assistant United States Attorney, William O'Malley, Jr. at 555 Fourth Street N.W. Washington D.C. 20001.

_____
Robert W. Mance