UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | DOCKET NO.: CR-05-265-01 |
| | ) | |
| Robert Alonza Tinney also known as Mickey | ) | |

## ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on June 16, 2006.

The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant. Accordingly, it is by the Court, this 14th day of July, 2006,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
Wayne C. Leavitt, U.S.D.J.
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

7/14/06
DATE